**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EVELIA RODRIGUEZ; ERIKKA WILSON; A.N., A MINOR; AIDEN GUNDLACH; ZACHARY BUCKUS; RAYMON MARINES; AND J.V., A MINOR on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BYTEDANCE INC.; BEIJING DOUYIN INFORMATION SERVICE CO. LTD. F/K/A BEIJING BYTEDANCE TECHNOLOGY CO. LTD.; BYTEDANCE LTD.; BYTEDANCE PTE. LTD.; BEIJING BYTEDANCE TECHNOLOGY CO. LTD.; AND TIKTOK INC. F/K/A MUSICAL.LY INC.,<br><br>Defendants. | Case No. 1:23-cv-04953<br><br>Judge Sharon Johnson Coleman<br><br>**Hearing Requested** |

**MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT BY DEFENDANTS BYTEDANCE INC., BYTEDANCE LTD., BYTEDANCE PTE. LTD., AND TIKTOK INC.**

Defendants ByteDance Inc., ByteDance Ltd., ByteDance Pte. Ltd., and TikTok Inc. ("Defendants") respectfully move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiffs' Amended Class Action Complaint with prejudice and entering judgment in favor of Defendants. A memorandum in support of this motion is filed herewith.

Dated: March 14, 2024

Respectfully submitted,

By: /s/ Anthony J Weibell

Anthony J Weibell
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
(650) 331-2030
aweibell@mayerbrown.com

J. Gregory Deis
Melissa A. Anyetei
Lucia Nale
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
gdeis@mayerbrown.com
manyetei@mayerbrown.com
lnale@mayerbrown.com
mprovance@mayerbrown.com

*Counsel for Defendants ByteDance Inc., TikTok Inc., ByteDance Pte. Ltd., and ByteDance Ltd.*