**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EVELIA RODRIGUEZ; ERIKKA WILSON; A.N., A MINOR; ZACHARY BUCKUS; RAYMON MARINES; J.V., A MINOR; DOMINICK POLIZZI; AND ROBERT KOPLOS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BYTEDANCE INC.; BYTEDANCE LTD.; BYTEDANCE PTE. LTD.; AND TIKTOK INC.,<br><br>Defendants. | Case No. 1:23-CV-04953<br><br>Judge Georgia N. Alexakis<br><br>Magistrate Judge Laura K. McNally |

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO PLAINTIFFS' SECOND AND THIRD REQUESTS FOR PRODUCTION**

Pursuant to Fed. R. Civ. 26 and 37, and N.D. Ill. L.R. 37.2, Plaintiffs respectfully move to compel production of responsive documents in response to Plaintiffs' Second and Third Set of Requests for Production to Defendants, particularly RFPs 39-45, 49-55, and 57-58.

Plaintiffs' motion is supported by their Memorandum in Support of Plaintiffs' Motion to Compel as well as the Declaration of Daniel J. Kurowski in Support of

Plaintiffs' Motion to Compel (along with the exhibits cited therein), which Plaintiffs incorporate here by reference.

As reflected in Plaintiffs' Separate Certificate of Local Rule 37.2 Compliance, in accordance with N.D. Ill. L.R. 37.2, after consultations by videoconference, and good faith attempts to resolve differences, the parties are unable to reach an accord. The following table outlines the dates, times and principal attendees of the parties for each meet and confer session preceding this motion:

| **Date** | **Time (Central)** | **Principal Attendees for Plaintiffs** | **Principal Attendees for Defendants** |
|---|---|---|---|
| February 19, 2026 | 3:00 pm | Douglas Smith and Daniel Kurowski | Jordan Hilton |
| March 10, 2026 | 10:00 am | Douglas Smith and Daniel Kurowski | Jordan Hilton and Sophie Mancall-Bitel |
| March 30, 2026 | 2:00 pm | Douglas Smith and Whitney Siehl | Sophie Mancall-Bitel and Nina He |

Accordingly, for the reasons provided above, in their accompanying memorandum and exhibits in support, and documents on file on the docket, Plaintiffs respectfully request that the Court compel production of responsive documents as detailed above and grant them all such other relief as it deems necessary and appropriate.

Dated: April 8, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Daniel J. Kurowski*
Daniel J. Kurowski (Bar No. 6286656)
Jeannie Evans (Bar No. 6296339)
Whitney K. Siehl, (Bar No. 6313995)
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
Facsimile: (708) 628-4952
Email: dank@hbsslaw.com
jeannie@hbsslaw.com
whitneys@hbsslaw.com

Steve W. Berman (Bar No. 3126833)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Douglas G. Smith (Bar No. 6238127)
ALPHEUS LLC
77 West Wacker Drive, Suite 4500
Chicago, IL 60601
Telephone: (312) 451-6708
dsmith@alpheusllc.com

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system, on April 8, 2026. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: April 8, 2026

/s/ *Daniel J. Kurowski*
Daniel J. Kurowski