**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EVELIA RODRIGUEZ, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>BYTEDANCE INC., *et al.*,<br><br>Defendants. | Case No. 1:23-cv-04953<br><br>Judge Georgia N. Alexakis<br><br>Magistrate Judge Laura K. McNally |

# DECLARATION OF JONATHAN ROGGEN

I, Jonathan Roggen, declare:

1. I am the Head of Security & Privacy Governance, Risk & Compliance for TikTok USDS Joint Venture LLC ("USDS JV"). In my role, I lead USDS JV's strategy and programs for managing cybersecurity, data privacy, and national security risks, mitigating related compliance risk, and establishing the associated policies and controls.

2. The facts set forth in this declaration are based on the knowledge and understanding developed in my role and in communications with others at USDS JV. I am over the age of eighteen and if called upon to do so, I would testify competently to the facts contained in this declaration.

3. After the creation of USDS JV, my team and I developed the policies that govern data privacy, security, and regulatory compliance for U.S. CapCut user data: the TikTok USDS JV Data Sharing and Controlled Communications Policy and

the TikTok USDS JV Compliant Data Handling Guidelines. In addition, we created a TikTok USDS JV Compliance Training that all USDS JV employees must complete.

4. The data-sharing terms, guidelines, and training materials referenced above are the documents that govern the protection of U.S. CapCut user data. These documents identify: (1) the entity or entities that control U.S. CapCut user data, (2) who can access that data, (3) the policies and processes governing access to the data, and (4) some of the steps that are being taken with respect to data access to protect the security of that data. I do not reference the Framework Agreement as part of my work overseeing data privacy, security, and compliance at USDS JV.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 29, 2026.

Jonathan Roggen