**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

EVELIA RODRIGUEZ; ERIKKA WILSON; A.N., A MINOR; ZACHARY BUCKUS; RAYMON MARINES; J.V., A MINOR; DOMINICK POLIZZI; AND ROBERT KOPLOS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

BYTEDANCE INC.; BYTEDANCE LTD.; BYTEDANCE PTE. LTD.; AND TIKTOK INC.,

Defendants.

Case No. 1:23-CV-04953

Judge Georgia N. Alexakis

Magistrate Judge Laura K. McNally

**PLAINTIFFS' MOTION TO COMPEL**

Pursuant to Fed. R. Civ. P. 26 and 37, Plaintiffs respectfully move to compel Defendants to answer Plaintiffs' First Set of Interrogatories. Plaintiffs' motion is supported by their Memorandum in Support of Plaintiffs' Motion to Compel as well as the Declaration of Jeannie Evans in Support of Plaintiffs' Motion to Compel (along with the exhibits cited therein), which Plaintiffs incorporate here by reference.

First, Defendants failed to respond at all to Interrogatory Nos. 8, 11, and 12, instead objecting primarily on relevance grounds. However, the interrogatories seek information directly relevant to the claims and defenses in this case. Defendants likewise did not respond to Interrogatory Nos. 14-18 on the ground that Interrogatory No. 14 should be counted as multiple interrogatories, putting the total number of interrogatories Plaintiffs served over the default 25-interrogatory limit in Fed. R. Civ. P. 33(a)(1). Defendants' contention is meritless, but even if

correct, the Court may grant leave to exceed the 25-interrogatory limit, and courts routinely do so with respect to interrogatories like No. 14 that seek information regarding affirmative defenses. *E.g.*, *Sabadash v. SARL Brevent*, 2025 WL 1722123, at *4 (C.D. Cal. Feb. 5, 2025).

Second, Defendants simply stated "unknown" in response to Interrogatory Nos. 1 and 3. However, the meet-and-confers make clear that Defendants possess responsive information, and Defendants fail to explain how they conducted a reasonable investigation.

Finally, Defendants failed to provide full, complete, and non-evasive answers to Interrogatory Nos. 4-6, 9-10, and 13, as required by applicable law. Defendants' responses fail to provide all of the requested information as required under Fed. R. Civ. P. 33.

In accordance with Local Rule 37.2, after consultation by telephone/videoconference, and good faith attempts to resolve differences, the parties are unable to reach an accord. The following table outlines the dates, times and principal attendees of the parties for each meet and confer session preceding this motion:

| **Date** | **Time (Central)** | **Principal Attendees for Plaintiffs** | **Principal Attendees for Defendants** | **Format** |
|---|---|---|---|---|
| July 1, 2026 | 1:00 pm | Douglas Smith and Garth Wojtanowicz | Nina He and Sophie Mancall-Bitel | Video Conference |
| July 6, 2026 | 3:00 pm | Douglas Smith and Garth Wojtanowicz | Nina He and Sophie Mancall-Bitel | Video Conference |

Accordingly, for the reasons provided above, in their accompanying memorandum and exhibits in support, and documents on file in the docket, Plaintiffs respectfully request that the Court grant this Motion, compel Defendants to fully respond to Plaintiffs' First Set of Interrogatories, and grant such other relief as the Court deems necessary or appropriate.

Dated: July 14, 2026 Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Jeannie Evans*

Jeannie Evans (Bar No. 6296339)
Daniel J. Kurowski (Bar No. 6286656)
Whitney K. Siehl (Bar No. 6313995)
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
Facsimile: (708) 628-4952
Email: jeannie@hbsslaw.com
dank@hbsslaw.com
whitneys@hbsslaw.com

Steve W. Berman (Bar No. 3126833)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Douglas G. Smith (Bar No. 6238127)
ALPHEUS LLC
77 West Wacker Drive, Suite 4500
Chicago, IL 60601
Telephone: (312) 451-6708
dsmith@alpheusllc.com

*Counsel for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system, on July 14, 2026. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: July 14, 2026

/s/ *Jeannie Evans*
Jeannie Evans