**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EVELIA RODRIGUEZ; ERIKKA WILSON; A.N., A MINOR; ZACHARY BUCKUS; RAYMON MARINES; J.V., A MINOR; DOMINICK POLIZZI; AND ROBERT KOPLOS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BYTEDANCE INC.; BYTEDANCE LTD.; BYTEDANCE PTE. LTD.; AND TIKTOK INC.,<br><br>Defendants. | Case No. 1:23-CV-04953<br><br>Judge Georgia N. Alexakis |

## PLAINTIFFS' MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 26 and 37, Plaintiffs respectfully move to compel Defendants to produce CapCut source code. Plaintiffs' motion is supported by their Memorandum in Support of Plaintiffs' Motion to Compel as well as the Declaration of Jeannie Evans in Support of Plaintiffs' Motion to Compel (along with the exhibits cited therein), which Plaintiffs incorporate here by reference.

Defendants refuse to produce all the CapCut source code as requested in Plaintiffs' Request for Production No. 2. Defendants claim that production of the source code would be unduly "burdensome," but have provided no evidence of this contention. Moreover, the Court previously rejected a similar argument Defendants made in opposition to RFP No. 5, which sought the server-side source code.

Nonetheless, Plaintiffs have offered multiple compromise positions in order to address Defendants' concerns. First, Plaintiffs suggested initial production of the "major release versions"

of the code. However, Defendants rejected this proposal. Second, Plaintiffs suggested that Defendants provide change logs for the source code so Defendants could select an initial set of versions of the code to be provided, but Defendants delayed production of the change logs until yesterday, July 21, 2026, leaving inadequate time before the 8/17 fact discovery cutoff for Plaintiffs and their experts to review, negotiate, resolve any disputes regarding, and schedule review of the versions that will be provided. Accordingly, given the impending discovery deadlines and Defendants' refusal to agree to any extension, Plaintiffs file this motion to compel production of the major version releases or to allow Plaintiffs to select a set of versions that will be initially produced.

In accordance with Local Rule 37.2, after consultation by telephone/videoconference, and good faith attempts to resolve differences, the parties are unable to reach an accord. The parties have discussed the source code multiple times during meet and confers. The following table outlines the dates, times and principal attendees of the parties for each of the primary meet and confer sessions preceding this motion:

| **Date** | **Time (Central)** | **Principal Attendees for Plaintiffs** | **Principal Attendees for Defendants** | **Format** |
|---|---|---|---|---|
| June 10, 2026 | 5:00 pm | Douglas Smith, Dan Kurowski, and Jeannie Evans | Nina He and Sophie Mancall-Bitel | Video Conference |
| June 16, 2026 | 3:00 pm | Douglas Smith and Jeannie Evans | Nina He and Sophie Mancall-Bitel | Video Conference |

Accordingly, for the reasons provided above, in their accompanying memorandum and exhibits in support, and documents on file in the docket, Plaintiffs respectfully request that the Court compel Defendants to produce the requested source code and grant them all such other relief as it deems necessary and appropriate.

Dated: July 22, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Jeannie Evans*

Jeannie Evans (Bar No. 6296339)
Daniel J. Kurowski (Bar No. 6286656)
Whitney K. Siehl, (Bar No. 6313995)
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
Facsimile: (708) 628-4952
Email: jeannie@hbsslaw.com
dank@hbsslaw.com
whitneys@hbsslaw.com

Steve W. Berman (Bar No. 3126833)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Douglas G. Smith (Bar No. 6238127)
ALPHEUS LLC
77 West Wacker Drive, Suite 4500
Chicago, IL 60601
Telephone: (312) 451-6708
dsmith@alpheusllc.com

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system, on July 22, 2026. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: July 22, 2026

/s/ *Jeannie Evans*
Jeannie Evans